BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY SUAREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:13-CR-00248-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 5, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 5, 2013.

2. By this stipulation, defendant now moves to continue the status conference until November 14, 2013, and to exclude time between September 5, 2013, and November 14, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes agent reports and accounts of the alleged activity. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review discovery and conduct

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND ORDER

1

additional investigation.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 5, 2013 to November 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 4, 2013                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ PAUL A. HEMESATH
                                                  PAUL A. HEMESATH
                                                  Assistant United States Attorney

Dated: September 4, 2013                    /s/ PHILIP COZENS
                                                  PHILIP COZENS
                                                  Counsel for Defendant

# [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of September, 2013.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND ORDER    3