1  Philip Cozens, State Bar Number 84051
2  Attorney at Law
3  1007 Seventh Street, Suite 500
4  Sacramento, CA 95814
5
6  Telephone: (916) 443-1504
7  Fax: (916) 443-1511
8  Email: pcozens@aol.com
9
10 Attorney for Defendant Anthony Uasuarez
11
12
13
14                  IN THE UNITED STATES DISTRICT COURT
15
16                  FOR THE EASTERN DISTRICT OF CALIFORNIA
17
18 UNITED STATES OF AMERICA,        )        Case No. 2:13-CR-0248 TLN
19                                  )
20           Plaintiff,             )        STIPULATION AND ORDER FOR
21                                           CONTINUANCE OF
22                                  )        DEFENDANT SUAREZ'S
23                                  )        STATUS CONFERENCE FROM
24           v.                     )        NOVEMBER 14, 2013 TO DECEMBER 5,
25                                  )        2013
26 ANTHONY SUAREZ,                  )
27                                  )
28           Defendant.             )
29 _____ )
30
31         It is stipulated between the United States Attorney's Office for the Eastern District of

32 California by Assistant United States Attorney Paul Hegesath, Esq. and Defendant Anthony

33 Suarez through his attorney Philip Cozens, Esq., that:

34         The Status Conference currently scheduled for November 14, 2013, at 9:30 a.m. in Judge

35 Nunley's Court be re-scheduled for December 5, 2013 at 9:30 a.m. in Judge Nunley's Court.

36 The stipulated continuance is necessary for a plea agreement to be prepared.

37         Time should be excluded for defense attorney preparation pursuant to Local Code T4 and

38 the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time

39 should be excluded from speedy trial calculations from November 14, 2013 through and

40 including December 5, 2013.

1    It is so stipulated.

2    Dated: November 12, 2013          /s/ Paul Hegesath, Esq._____

3                                      Paul Hegesath, Esq.

4                                      Assistant United States Attorney

5                                      Eastern District of California

6

7                                      /s/ Philip Cozens_____

8                                      Philip Cozens

9                                      Attorney for Defendant Anthony Uasuarez

10                                     **ORDER**

11            The court, having read and considered the above-stipulation and finding good

12   cause therefore, orders that the Status Conference currently scheduled for November 14, 2013, at

13   9:30 a.m. in Judge Nunley's Court be re-scheduled for December 5, 2013 at 9:30 a.m. in Judge

14   Nunley's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

15   and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

16   speedy trial.  Time will be excluded from speedy trial calculations from November 12, 2013

17   through and including December 5, 2013.

18   Dated: November 12, 2013

19

20
                                       Troy L. Nunley
                                       United States District Judge